Larry D. Simons
larry@lsimonslaw.com
**CHAPTER 7 TRUSTEE**
3610 Central Avenue, Suite 400
Riverside, California 92506
Telephone: 951.686.6300
Facsimile: 951.742.4733

**FILED & ENTERED**

APR 22 2020

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>HALO SPORTS BAR AND GRILL, INC.,<br><br>Debtor.<br><br>LARRY D. SIMONS, Solely in his capacity as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, CITY OF HESPERIA,<br><br>Defendants, | Case No. 6:15-bk-14566 SC<br><br>Adv. Proc. No. 6:19-ap-01044 SC<br><br>Chapter 7<br><br>**JUDGMENT AGAINST CITY OF HESPERIA BY PLAINTIFF, LARRY D. SIMONS, CHAPTER 7 TRUSTEE**<br><br>**Vacated Hearing on Motion for Default Judgment**<br>DATE: April 29, 2020<br>TIME: 1:30 p.m.<br>CTRM: 126<br>United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501 |

Based upon the City of Hesperia's failure to respond to the Complaint filed by Larry D. Simons, Chapter 7 Trustee for the Estate of Halo Sports Bar and Grill, Inc., the Court renders its judgment as follows:

///

///

///

///

///

1

**Larry D. Simons, Chapter 7 Trustee**
3610 Central Avenue, Suite 400
Riverside, California 92506

1. Judgment shall be entered in favor of Plaintiff, Larry D. Simons, Chapter 7 Trustee against Defendant, the City of Hesperia (the "City"); and

2. The City's claim shall not attach to the sales proceeds of the property located at 17122 Main Street, Hesperia, CA (the "Property") as the basis for its claim occurred after the Petition Date; and

3. The City shall turnover the sum of $23,278.76 to the Trustee by guaranteed funds, payable to "Larry D. Simons, Chapter 7 Trustee for Halo Sports Bar and Grill, Inc."

###

Date: April 22, 2020

Scott C. Clarkson
United States Bankruptcy Judge